In the Matter of the Application of MODESTO BERARDINI, Appellant, as One of the Executors and Trustees under the Will of MICHAEL BERARDINI, Deceased, and as a Person Beneficially Interested in the Execution of the Trust under the Will of MICHAEL BERARDINI, Deceased, to Remove PHILIP BERARDINI and Others, Respondents, as Executors and Trustees under the Said Will and to Revoke the Letters Testamentary as Executors and Trustees Issued to Them.— Motion for

reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.